# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Crevenart, | Case No.: 2:24-cv-02194-CDS-MDC |
| Petitioner | **Order Dismissing and Closing Case** |
| v. | |
| Erek Barron, et al., | |
| Respondents | |

Eric Christian[1] was deemed a vexatious litigant and is subject to a pre-filing order in this district. *See Christian v. United States of America*, Case No. 2:24-cv-00842-CDS-BNW. As a result, Christian may only initiate new civil actions in the District of Nevada after his proposed complaint has been screened by the appropriate judicial authority. ECF No. 22 at 12–13 in *Christian v. United States of America*, Case No. 2:24-cv-00842-CDS-BNW. In direct violation of that order, Christian initiated new litigation without prior approval of the chief judge, so I dismiss this action.

## Conclusion

It is therefore ordered that this action is dismissed for Christian's failure to comply with the August 21, 2024, pre-filing order entered in *Christian v. United States of America*, Case No. 2:24-cv-00842-CDS-BNW.

It is further ordered that Christian's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED**.

---

[1] In an attempt to circumvent the prefiling injunction, Christian captioned this action using the name "Crevenart" as the petitioner, but the argument and signatures are by Eric Leon Christian. ECF No. 1-2; ECF No. 1-3; ECF No. 1-4; ECF No. 1-5.

Christian is reminded that if he intends to file any new pro se civil actions in this district he must:

1. Apply to the chief judge[2] of this district for leave to file the initiating documents by submitting to the clerk's office an application bearing the title "Application to Chief District Judge Seeking Leave to File" and which must be supported by a declaration from Christian, made under penalty of perjury, stating that (1) the matters asserted in the new complaint or papers have never been raised and disposed of on their merits by any court; (2) the claim or claims are not frivolous or made in bad faith; and (3) he has conducted a reasonable investigation of the facts and such investigation supports the claim or claims; and

2. Attach a copy of the pre-filing order to any such application.

Only after receiving approval from the chief judge of this district may Christian initiate a new pro se action. Failing to comply with the pre-filing order and *all* of the directives set forth therein will result in dismissal of the action.

The Clerk of Court is authorized to reject, refuse to file, and discard any new complaint, petition, or document on a closed case, or any other litigation-initiating documents submitted pro se without prior compliance with this order. **Initiating documents under fake names (pseudonyms)** *does not* alleviate Christian's requirement to follow the prefiling order. The Clerk of the Court is directed to close this case.

Dated: December 3, 2024

_____
Cristina D. Silva
United States District Judge

---

[2] Christian is advised that as of October 1, 2024, the Chief of the District is Judge Andrew P. Gordon, so any application should be sent to his attention.